## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/2, 2021 while exercising my duties as a law enforcement officer in the District of Arizona
At approximately 2:18PM I parked in the North Rim Visitor Center parking lot, in GRCA NP. Brian PAULK drove his vehicle next to mine and asked if he could park on the side of the rim.

I observed a tin foil pipe on the center console. I seized the pipe. PAULK admitted he smoked marijuana out of the pipe. PAULK stated he smoked marijuana approximately 5 minutes ago and smoked meth a couple of weeks ago. PAULK stated, "I'm a recreational drug user". PAULK had erratic jerking movements with his body, had glassy eyes and had missing front teeth.

PAULK stated he had a suspended Driver's License, however GRCA dispatch confirmed PAULK did not have a drivers license.

I performed SFST's and ARIDE tests on PAULK. PAULK was unable to converge his eyes. During Modified Romberg PAULK estimated 35 seconds passed during a 30 second time period, swayed from side to side and had eye flutters. During the walk and turn PAULK could not keep balance while listening, stopped while walking, used arms for balance multiple times, and performed the turn improperly.
Violation Number 9687540-2/ A108/ NP# 21240055/ BWC: YES

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2021.10.03 07:30:23 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

**United States District Court Violation Notice** (Rev. 1/2019)

NP21240055

| Location Code | Violator Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A108 | 9687540 | EVANS | 1597 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/02/2021 2:18PM
Offense Charged: ☒ CFR ☐ USC ☒ State Code
36CFR 4.2(b) / ARS 28-3473A

Place of Offense: GRCA North Rim Visitor Center Parking Lot

Offense Description Factual Basis for Charge: DL suspended

**DEFENDANT INFORMATION**

Last Name: Paulk
First Name: Brian
MI: Leo

City: Cheney   State: WA   Zip Code: 99004   Date of Birth: __/__/1972

Drivers License No: ___   CDL: ☐   DL State: WA   Social Security No: ___8506

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: 5'11   Weight: 140

**VEHICLE**

Tag No: ___   State: WA   Year: '07   Make/Model: Toyota 4Runner   PASS: ___   Color: GRY

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ___ Total Collateral Due

**YOUR COURT DATE**

Court Address: 123 N. San Francisco St. #200, Flagstaff, AZ 86001
Date: 10/04/21
Time: 9:30 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: ___

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/2, 2021 while exercising my duties as a law enforcement officer in the District of Arizona
At approximately 2:18PM I parked in the North Rim Visitor Center parking lot, in GRCA NP. Brian PAULK drove his vehicle next to mine and asked if he could park on the side of the rim.

I observed a tin foil pipe on the center console. I seized the pipe. PAULK admitted he smoked marijuana out of the pipe. PAULK stated he smoked marijuana approximately 5 minutes ago and smoked meth a couple of weeks ago. PAULK stated, "I'm a recreational drug user". PAULK had erratic jerking movements with his body, had glassy eyes and had missing front teeth.

PAULK stated he had a suspended Driver's License, however GRCA dispatch confirmed PAULK did not have a drivers license.

I performed SFST's and ARIDE tests on PAULK. PAULK was unable to converge his eyes. During Modified Romberg PAULK estimated 35 seconds passed during a 30 second time period, swayed from side to side and had eye flutters. During the walk and turn PAULK could not keep balance while listening, stopped while walking, used arms for balance multiple times, and performed the turn improperly.
Violation Number 9687540-2/ A108/ NP# 21240055/ BWC: YES

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2021
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles (Digitally signed by Camille D. Bibles, Date: 2021.10.03 07:32:04 -07'00')
Date (mm/dd/yyyy)        U.S. Magistrate Judge

---

### United States District Court Violation Notice (Rev. 1/2019)

NP21240055

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A108 | 9687541 | EVANS | 1597 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/02/2021 218PM
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.23(a)(1)
Place of Offense: GRCA North Rim Visitor Center Parking Lot
Offense Description: Factual Basis for Charge — Operating under the influence drugs

**DEFENDANT INFORMATION**
Last Name: PAULK   First Name: Brian   MI: Lee
City: Cheney   State: WA   Zip Code: 99004   DOB: __/_/1972
CDL: ☐   DL State: WA   SSN: ...8506
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRW   Eyes: BLU   Height: 5'11"   Weight: 140

**VEHICLE**
Tag No: —   State: WA   Year: '07   Make/Model: Toyota 4Runner   PASS: —   Color: GRY

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 123 N. San Francisco St, #200, Flagstaff AZ 86001
Date: 10/04/21   Time: 9:30 AM

X Defendant Signature

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/2, 2021 while exercising my duties as a law enforcement officer in the   District of Arizona
At approximately 2:18PM I parked in the North Rim Visitor Center parking lot, in GRCA NP. Brian PAULK drove his vehicle next to mine and asked if he could park on the side of the rim.

I observed a tin foil pipe on the center console. I seized the pipe. PAULK admitted he smoked marijuana out of the pipe. PAULK stated he smoked marijuana approximately 5 minutes ago and smoked meth a couple of weeks ago. PAULK stated, "I'm a recreational drug user". PAULK had erratic jerking movements with his body, had glassy eyes and had missing front teeth.

PAULK stated he had a suspended Driver's License, however GRCA dispatch confirmed PAULK did not have a drivers license.

I performed SFST's and ARIDE tests on PAULK. PAULK was unable to converge his eyes. During Modified Romberg PAULK estimated 35 seconds passed during a 30 second time period, swayed from side to side and had eye flutters. During the walk and turn PAULK could not keep balance while listening, stopped while walking, used arms for balance multiple times, and performed the turn improperly.
Violation Number 9687540-2/ A108/ NP# 21240055/ BWC: YES

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2021
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.10.03 07:33:09 -07'00'

---

### United States District Court Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A108 | 9687542 | EVANS | 1597 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/02/2021 2:18PM
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36CFR 2.35 (b)(2)
Place of Offense: GRCA North Rim Visitor Center Parking Lot
Offense Description Factual Basis for Charge: Possession of Controlled substance - marijuana   HAZMAT

**DEFENDANT INFORMATION**
Last Name: PAULK
First Name: Brian
M.I.: Lee
Street Address: 
City: Cheney   State: WA   Zip Code: 99004   Date of Birth: 1972
Drivers License No: ID   CDL ☐   D.L. State: WA   Social Security No.:
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: 5'11"   Weight: 140

**VEHICLE**   VIN:   CMV ☐
Tag No: 1   State: WA   Year: 07   Make/Model: Toyota 4R-nnr   PASS ☐   Color: GRN

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$   Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 125 W San Francisco St #200 Flagstaff, AZ 86001
Date: 10/04/21
Time: 9:30 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature



Original - CVB Copy